IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vincente Ortiz,<br><br>    Petitioner,<br><br>vs.<br><br>United States of America,<br><br>    Respondent. | No. CV 08-550-PHX-MHM<br>CR 04-1303-PHX-MHM<br><br>**ORDER** |

    Petitioner, Vincente Ortiz, filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 on March 19, 2008. Respondent filed its response in opposition on August 15, 2008. Petitioner did not file a reply.

    The Magistrate Judge filed his Report and Recommendation on June 23, 2009 recommending that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence be denied.

    In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed. Failure to timely file objections to any factual or legal determination of the Magistrate Judge may be considered a waiver of a party's right to *de novo* consideration of the issues. *See United States v. Reyna-Tapia* 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

1   After a complete and independent review of the issues presented, the Court finds itself
2   in agreement with the Report and Recommendation of the Magistrate Judge.
3   IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
4   as the order of this Court.  (Doc. 13).
5   IT IS FURTHER ORDERED that Petitioner's Motion to Vacate, Set Aside, or Correct
6   Sentence is denied.  (Doc. 1).
7   DATED this 16th day of July, 2009.

_____
Mary H. Murguia
United States District Judge